**Todd Emerson BAKER, Plaintiff–Appellant,**

v.

**The DISTRICT OF COLUMBIA; Kathleen Hawk–Sawyer, Director, Federal Bureau of Prisons; Ronald Angelone, Director, Virginia Department of Corrections; J. Oates, Hospital Administrator; Doctor Gay, Medical Administrator; Dr. Laybourn, Institution Physician; Nurse Maloney, Medical Staff; J. CAPPS, Institution Ombudsman; M. Inman, RN, Medical Staff Supervisor; Dr. Bradly; Supervisor Blowe; V. Hunt, Nurse, Defendants–Appellees.**

No. 02–7665.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 7, 2003.

Todd Emerson Baker, Appellant Pro Se. Christopher Garrett Hill, Office of the Attorney General of Virginia, Richmond, Virginia; Heather Marie Kofron, Wright, Robinson, Osthimer & Tatum, Richmond, Virginia, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Todd Emerson Baker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Baker v. District of Columbia,* No. CA–01–472–2 (E.D. Va. filed Sept. 27, 2002 & entered Sept. 30, 2002). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*